```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYRUS BARNES,

                Plaintiff,

      -against-

WILLIAM I. PARKEN,

                Defendant.

1:21-cv-09749-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On November 30, 2021, the Court scheduled an initial pre-trial conference in this matter for January 11, 2022 at 11:30 AM. [ECF No. 8]. The Court directed the parties to submit, one week before the conference, a Proposed Case Management Plan and Scheduling Order and joint letter, as required by this Court's Individual Rules of Practice. [ECF No. 8]. To date the parties have not submitted a proposed order and joint letter.

As such, the initial pre-trial conference scheduled for January 11, 2022 at 11:30AM is ADJOURNED to February 15, 2022 at 11:00 AM. On or before February 7, the parties shall submit a Proposed Case Management Plan and Scheduling Order and joint letter, as required by this Court's Individual Rules of Practice and as specified in the Court's scheduling order at ECF No. 8. The Parties shall also file a joint letter explaining why they should not be sanctioned for failure to comply with the Court's Order.

**SO ORDERED.**

**Date: January 6, 2022**
**New York, NY**

                                                _____
                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**