USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CYRUS BARNES,
              Plaintiff,

v.

WILLIAM I. PARKEN,
              Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 9749 (VB)

This case has been reassigned to Judge Briccetti in White Plains.

Accordingly, it is HEREBY ORDERED:

1. The post-discovery conference originally scheduled for April 19, 2022, before Judge Vyskocil will now be held on **April 25, 2022, at 11:00 a.m.**, before Judge Briccetti. **This conference will be held in person at the United States Courthouse, Room 620, 300 Quarropas Street, White Plains, New York**.

2. All other deadlines in the Civil Case Management Plan and Scheduling Order dated February 22, 2022, shall remain in place. (Doc. #20).

Dated: February 23, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge