UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CYRUS BARNES,
        Plaintiff,

v.

WILLIAM I. PARKEN,
        Defendant.
------------------------------------------------------------x

**ORDER**

21 CV 9749 (VB)

4/15/22

    Defense counsel has submitted a letter addressed to the Honorable Mary Kay Vyskocil requesting an adjournment of a conference supposedly scheduled for April 19, 2022, based on the fact that counsel will be out of the country that week. However, in February 2022 the case was reassigned to the undersigned, and the April 19 conference was rescheduled to **April 25, 2022, at 11:00 a.m.**, in the White Plains Courthouse, Courtroom 620. (Doc. #21). Accordingly, counsel's request is DENIED AS MOOT, and the April 25 conference will proceed as scheduled. The parties are reminded to direct all future correspondence to Judge Briccetti.

    All other deadlines in the Civil Case Management Plan and Scheduling Order dated February 22, 2022, remain in effect. (Doc. #20).

Dated: April 15, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge