UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CYRUS BARNES,
                   Plaintiff,         :

                                            :

v.                                     :

WILLIAM I. PARKEN,
                   Defendant.    :

------------------------------------------------------------x

**ORDER**

21 CV 9749 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/22

     The Court conducted a status conference today, at which counsel for both parties appeared. The parties discussed, among other things, the need to extend the discovery deadlines in this case, the parties' efforts to settle this case, and each party's intent to file a motion for summary judgment.

     Accordingly, it is HEREBY ORDERED:

1.  The deadline for completion of all discovery is extended to **August 1, 2022**.

2.  By **August 1, 2022**, counsel shall submit a joint letter regarding the status of their good faith settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

3.  If either party wishes to move for summary judgment, that party must file a pre-motion conference letter by **August 3, 2022**. By **August 10, 2022**, the opposing party shall file a letter response. Both letters shall be filed in accordance with Paragraph 2. B. ii of Judge Briccetti's Individual Practices.

4.  A case management conference is scheduled for **August 17, 2022**, at **12:00 p.m.**, in the White Plains Courthouse, Courtroom 620.

Dated: April 25, 2022
       White Plains, NY

                           SO ORDERED:

                           Vincent L. Briccetti, U.S.D.J.