MEMORANDUM ENDORSEMENT

Esposito v. Info. Tech. Corp.,
19 CV 2025 (VB)

On August 18, 2022, the Court received the attached email from Mr. Sagaria, informing the Court he cannot appear for the August 19, 2022, hearing in person and requesting to appear virtually.

Mr. Sagaria's request to appear virtually is GRANTED. Mr. Sagaria shall appear for the August 19, 2022, hearing by telephone. On August 19, 2022, at 11:00 a.m., Mr. Sagaria shall use the following information to connect by telephone:

**Dial-In Number:** (888) 363-4749 (toll free) or (215) 446-3662;
**Access Code:** 1703567.

To be clear, only Mr. Sagaria shall appear by telephone. Plaintiff's counsel and Mr. Kurland must appear in person in Courtroom 620 for the scheduled conference.

Chambers will email a copy of this Order to Mr. Sagaria at john@sagaria.com and jsagaria@infotechcorporation.com.

Dated: August 18, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge


Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/22



**John C. Sagaria**
693 Lakes Road
Monroe, NY 10950
845-774-7796.home • 201-575-5109.cell • 206.202.1544.fax
john@sagaria.com

August 16, 2022

VIA E-Mail Only: chambersnysvbriccetti@nysd.uscourts.gov
Hon. Vincent L. Briccetti, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse 300 Quarropas St.
White Plains, NY 10601-4150

> RE: VINCENT ESPOSITO, JULY 4 EVER FIREWORKS, INC. and JULY 4 EVER CO.,
> LTD. v. INFORMATION TECHNOLOGY CORP., FIREWORKS EXTRAVAGANZA,
> INC., J&J COMPUTING, INC. (d/b/a Fireworks Extravaganza), and
> JOHN SAGARIA Case No. 19-cv-02025 (VB-JCM)

Dear Hon Judge Briccetti:

I am the defendant in the above titled case, I received the order for Appearance on Friday August 19th, 2022 at 11:00am. I am away at a show in MD, I am leaving Thursday Night and will be back on Saturday,

I am the license and the permit is enclosed, The show is the Ironbirds in Aberdeen, MD. I tried to get another crew and license to cover but I cannot at this short notice.

Is it possible for me to appear virtually, I can do that on Friday from MD.

Alternately can we schedule any of these days in the coming week:
  Thursday 8.18
  Tuesday 8.23
  Thursday 8.25
  Friday 8.26
  Tuesday 8.30

I am terribly sorry for any inconvenence.
Respectfully Submitted.

John Sagaria
Principle for Defendant

cc: Adam Kurland, Esq.





STATE OF MARYLAND

DEPARTMENT OF STATE POLICE

OFFICE OF THE STATE FIRE MARSHAL

BOMB SQUAD

Larry Hogan
*Governor*

Boyd K. Rutherford
*Lt. Governor*

P.O. Box 436
Linthicum, Maryland 21090
410-859-7152
Fax: 410-859-7924
email – msp.osfmbs@maryland.gov

Colonel Woodrow W. Jones III
Superintendent

Brian S. Geraci
*State Fire Marshal*

## *PERMIT FOR PUBLIC FIREWORKS DISPLAY*

**PERMIT NO.:**  <u>22-062</u>

<u>**Ripken Professional Baseball, LLC dba Aberdeen Ironbirds**</u>
(NAME OF APPLICANT)

<u>**873 Long Drive**</u>           <u>**Aberdeen, MD**</u>           <u>**21001**</u>
(Street / Mailing Address)         (City / State)            (Zip Code)

HAVING PRESENTED COMPLETED APPLICATIONAND APPROPRIATE FEE FOR A PUBLIC FIREWORKS DISPLAY IN ACCORDANCE WITH THE PROVISIONS OF TITLE 10 OF THE PUBLIC SAFETY ARTICLE OF THE MARYLAND CODE, APPLICANT IS HEREBY AUTHORIZED TO CONDUCT A PUBLIC FIREWORKS DISPLAY.

AT:   <u>**Leidos Field @ Ripkins Stadium**</u>

   <u>**873 Long Drive., Aberdeen, Harford Co**</u>

ON:   <u>**Friday, August 19, 2022 @ 0900 PM**</u>

WITH:   <u>**RAIN DATE of:  TBD**</u>

<u>**RESTRICTIONS:**</u>       **3" Max Shell**
COMPANY PROVIDING FIREWORKS       <u>**Firework Extravaganza**</u>

SHOOTER NAME:            SHOOTER PERMIT            EXP DATE:
<u>**John Sagaria**</u>               **#029**                **6/1/2023**

As witnessed my hand and the Official Seal of The Office of the State Fire Marshal
This **9th** day of **April 2022**

DCFm  N(…t)  8524

Duane K. Svites
DEPUTY CHIEF STATE FIRE MARSHAL

NOTE:  THIS PERMIT AND COPY OF APPLICATION FOR PUBLIC FIREWORKS DISPLAY SHALL BE IN THE POSSESSION OF THE FIREWORKS SHOOTER IN CHARGE OR THE SPONSOR ON SITE AT THE TIME OF THE DISPLAY.

## THIS PERMIT IS NON-TRANSFERABLE.

(DPSCS-SFMP-004-I (REV 01/18)