UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CYRUS BARNES,
               Plaintiff,

v.

WILLIAM I. PARKEN,
               Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 9749 (VB)

      As discussed at a conference held today and attended by all counsel, it is hereby ORDERED:

      1.    The parties shall submit a joint letter to Magistrate Judge McCarthy, to whom this case has been referred for general pre-trial supervision (Doc. #37), to schedule a settlement conference.

      2.    By June 7, 2023, defendant may submit a letter to Judge Briccetti, not to exceed two pages, responding to plaintiff's request to voluntarily dismiss his Section 11-106 claim.

      3.    If defendant opposes plaintiff's request to dismiss the Section 11-106 claim, plaintiff may file a reply, not to exceed two pages, by June 14, 2023.

      4.    A case management conference before Judge Briccetti is scheduled for August 9, 2023, at 2:30 p.m., in Courtroom 620 at the White Plains courthouse.

      5.    By August 2, 2023, counsel shall submit a joint letter regarding the status of the parties' settlement discussions.

Dated: June 1, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge